UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DURRELL,

                    Plaintiff,

      -against-

STATE OF NEW YORK,

                    Defendant.

1:20-CV-3761 (CM)

CIVIL JUDGMENT

Pursuant to the order issued September 9, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 9, 2020
            New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge